IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lane, Sheila Marie

Printed: 10/7/08

Case Number: 04 B 36909
Judge: Wedoff, Eugene R
Filed: 10/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 14, 2008
Confirmed: December 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,400.87 |  |
| Secured: |  | 14,447.06 |
| Unsecured: |  | 4,023.70 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,229.24 |
| Other Funds: |  | 0.87 |
| Totals: | 22,400.87 | 22,400.87 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Nuvell Financial Services | Secured | 14,447.06 | 14,447.06 |
| 4. | Nuvell Financial Services | Unsecured | 1,027.14 | 3,654.72 |
| 5. | Nationwide Acceptance Corp | Unsecured | 41.11 | 146.29 |
| 6. | CFC Financial Corp | Unsecured | 62.59 | 222.69 |
| 7. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 8. | Harold Washington College | Unsecured |  | No Claim Filed |
| 9. | Illinois Dept Of Human Services | Unsecured |  | No Claim Filed |
| 10. | University Of Illinois Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,277.90 | $ 21,170.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 133.98 |
| 4% | 20.32 |
| 3% | 49.84 |
| 5.5% | 192.88 |
| 5% | 64.60 |
| 4.8% | 115.18 |
| 5.4% | 652.44 |
|  | $ 1,229.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lane, Sheila Marie | Case Number:  04 B 36909 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/7/08 | Filed:  10/5/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

